# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 04-RB-0238 (CBS)

STICHTING PENSIOENFONDS, ABP,

    Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC., a Delaware corporation, et. al.,

    Defendants.

## MINUTE ORDER

    Plaintiff's Motion for Leave to File Sur-Reply [#198], filed March 11, 2005, is GRANTED and the Surreply [#199], is accepted for filing.

Dated: September 7, 2005
-------------------------------------------------------------------------------------------------------------