IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 01-cv-01451-REB-CBS

(Consolidated with Civil Action Nos. 01-cv-01472-REB-CBS, 01-cv-01527-REB-CBS, 01-cv-01616-REB-CBS, 01-cv-01799-REB-CBS, 01-cv-01930-REB-CBS, 02-cv-00333-REB-CBS, 02-cv-00374-REB-CBS, 02-cv-00507-REB-CBS, 02-cv-00658-REB-CBS, 02-cv-00755-REB-CBS, 02-cv-00798-REB-CBS, 04-cv-00238-REB-CBS)

In re QWEST COMMUNICATIONS INTERNATIONAL, INC. SECURITIES LITIGATION

[This minute order applies to Stichting Pensioenfonds ABP V. Qwest Communications International Inc., *et al.,* Civil Action No. 04-cv-00238-REB-CBS]

---

## MINUTE ORDER

---

## ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

Pursuant to the Stipulation and Order Withdrawing as Moot the Motions Filed at Docket Entry Nos. 201, 203 and 206 in 04-cv-00238-REB-CBS (filed September 21, 2005; *doc. no. 815)* it is hereby

**ORDERED** that the following motions are **DENIED** as moot:

1.  Citigroup Defendants' Motion to Seal (filed in 04-cv-00238-REB-CBS on March 14, 2005; *doc. no. 201*);
2.  Citigroup Defendants' Motion to Seal (filed in 04-cv-00238-REB-CBS on March 16, 2005; *doc. no. 203*); and
3.  Plaintiff's Motion to Compel (filed in 04-cv-00238-REB-CBS on March 21, 2005; *doc. no. 206*).

**DATED:**     September 28, 2005