**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-00238-REB-CBS

STICHTING PENSIOENFONDS, ABP,

     Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC., a Delaware corporation,
JOSEPH P. NACCHIO,
PHILIP F. ANSCHUTZ,
AFSHIN MOHEBBI,
ROBIN R. SZELIGA,
ROBERT S. WOODRUFF,
DRAKE S. TEMPEST,
JAMES A. SMITH,
LEWIS O. WILKS,
CRAIG D. SLATER,
JORDAN HAINES,
THOMAS STEPHENS,
LINDA ALVARADO,
ARTHUR ANDERSEN LLP,
MARK IWAN,
JACK B. GRUBMAN,
PETER HELLMAN,
CITIGROUP GLOBAL CAPITAL MARKETING HOLDINGS, INC.,
CITIGROUP, INC.
GREGORY CASEY, and
CITIGROUP GLOBAL MARKETS, INC.,

     Defendants.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

     The matter comes before the court on the **Stipulation of Voluntary Dismissal

With Prejudice** [#237], filed December 12, 2006.  After careful review of the stipulation

and the file, the court has concluded that the stipulation should be approved and that

plaintiff's claims against defendants, Qwest Communications International Inc., Arthur

Andersen, LLP, Mark Iwan, Philip F. Anschutz, Craig D. Slater, Thomas Stephens,

Linda Alvarado, Jordan Haines, Peter Hellman, Joseph P. Nacchio, Afshin Mohebbi,

Robin R. Szeliga, Robert S. Woodruff, Drake S. Tempest, James Smith, and Gregory

Casey, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation of Voluntary Dismissal With Prejudice** [#237], filed

December 12, 2006, is **APPROVED**;

2.  That plaintiff's claims against defendants, Qwest Communications

International Inc., Arthur Andersen, LLP, Mark Iwan, Philip F. Anschutz, Craig D. Slater,

Thomas Stephens, Linda Alvarado, Jordan Haines, Peter Hellman, Joseph P. Nacchio,

Afshin Mohebbi, Robin R. Szeliga, Robert S. Woodruff, Drake S. Tempest, James

Smith, and Gregory Casey, **ARE DISMISSED WITH PREJUDICE** with the parties to

pay their own attorney fees and costs;

3.  That defendants, Qwest Communications International Inc., Arthur Andersen,

LLP, Mark Iwan, Philip F. Anschutz, Craig D. Slater, Thomas Stephens, Linda Alvarado,

Jordan Haines, Peter Hellman, Joseph P. Nacchio, Afshin Mohebbi, Robin R. Szeliga,

Robert S. Woodruff, Drake S. Tempest, James Smith, and Gregory Casey, are

**DROPPED** as named parties to this action, and the case caption is amended

accordingly; and

4.  That pursuant to REB Civ. Practice Standard II.I.1., the plaintiff shall file a written report by **January 31, 2007**, reporting the status of the remaining defendants and claims in this case.

Dated December 18, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**