**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-cv-0238-REB-PAC

STICHTING PENSIOENFONDS ABP
                      Plaintiffs,

v.

QWEST COMMUNICATIONS INTERNATIONAL INC., ET AL.

                      Defendants
_____

## **NOTICE OF FINAL DISMISSAL OF ACTION**

The undersigned parties, by and through their respective counsel, hereby give notice to the Court that the above captioned action has been dismissed as to all defendants with prejudice and, accordingly, respectfully request that the Court vacate that part of the Court's Order dated December 18, 2004 requiring Plaintiff to file written report by 1/31/07 on the status of the remaining defendants and claims.

Dated: December 20, 2006

| | |
|---|---|
| By: /s William C. Jackson<br>William C. Jackson<br>Boies, Schiller & Flexner LLP<br>5301 Wisconsin Avenue N.W.<br>Suite 800<br>Washington, D.C. 20015<br><br>*Counsel for Qwest Communications International Inc.* | By: s/ Jay W. Eisenhofer<br>Jay W. Eisenhofer<br>Michael J. Barry<br>GRANT & EISENHOFER, P.A.<br>Chase Manhattan Centre<br>1201 N. Market Street<br>Wilmington, DE 19801<br><br>*Counsel for Stichting Pensioenfonds, ABP* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on this 20th day of December, 2006, a copy of the foregoing **NOTICE OF FINAL DISMISSAL OF ACTION** , was electronically filed with the Clerk of the Court using the USDC CM/ECF system, which will send notification of such filing to the following email addresses:

- **Timothy Granger Atkeson**
  Tim_Atkeson@aporter.com,susan.cole@aporter.com,jessica_brody@aporter.com,jeffrey_lewis@aporter.com,tracey.davisson@aporter.com
- **Michael James Barry**
  mbarry@gelaw.com,mhartman@gelaw.com,gfpulver@handf.com
- **Frederick J. Baumann**
  fbaumann@rothgerber.com,phenke@rothgerber.com
- **Nicholas M. Billings**
  nick.billings@aimco.com
- **Terry W. Bird**
  twb@birdmarella.com,dh@birdmarella.com
- **Bruce F. Black**
  bruce.black@hro.com,jackie.delay@hro.com
- **David Robert Boyd**
  dboyd@bsfllp.com,cwatson@bsfllp.com
- **David Lawrence Cook**
  david.cook@cliffordchance.com,timothy.casey@cliffordchance.com,damien.morris@cliffordchance.com
- **Jennifer Lynn Coon**
  jlc@birdmarella.com,slp@birdmarella.com
- **Marguerite S. Dougherty**
  mdougherty@paulweiss.com
- **Mark T. Drooks**
  mtd@birdmarella.com,lak@birdmarella.com
- **Stephanie Erin Dunn**
  sdunn@perkinscoie.com,sdunn-efile@perkinscoie.com
- **Clyde A. Faatz , Jr**
  cafaatz@handf.com,kjscholet@handf.com,gfpulver@handf.com
- **Christopher James W. Forrest**
  cjforrest@handf.com,kjscholet@handf.com,gfpulver@handf.com
- **Joshua David Franklin**
  jdf@denverda.org
- **Terence C. Gill**
  tgill@sah.com,efiling@sah.com,dsikes@sah.com
- **Marcy Marie Heronimus**
  mheronim@sah.com,peckman@sah.com,efiling@sah.com
- **Scott M. Himes**
  shimes@stillmanfriedman.com

- **Richard L. Jacobson**
  richard.jacobson@aporter.com,michael.hausenfleck@aporter.com
- **Lee Frederick Johnston**
  ljohnston@hollandhart.com,lstewart@hollandhart.com,IntakeTeam@HollandHart.com
- **Roberta A. Kaplan**
  rkaplan@paulweiss.com
- **James D. Kilroy**
  jkilroy@swlaw.com,cswagerty@swlaw.com,lralph@swlaw.com
- **Alfred P. Levitt**
  alevitt@bsfllp.com
- **James Michael Lyons**
  jlyons@rothgerber.com,djmather@rothgerber.com
- **Vincent J. Marella**
  vjm@birdmarella.com,lak@birdmarella.com
- **Robert Nolen Miller**
  rmiller@perkinscoie.com,rmiller-efile@perkinscoie.com
- **Barbara C. Moses**
  bmoses@maglaw.com,jlaing@maglaw.com
- **Sharan Nirmul**
  snirmul@gelaw.com,dlohinetz@gelaw.com
- **Neil Peck**
  npeck@swlaw.com,mmccleery@swlaw.com,cswagerty@swlaw.com
- **Thomas Vincent Reichert**
  tvr@birdmarella.com,vmb@birdmarella.com
- **Kenneth F. Rossman , IV**
  krossman@bsfllp.com
- **Paul Howard Schwartz**
  schwartzph@cooley.com,calendarreq@cooley.com,inghramjl@cooley.com,foutsdl@cooley.com,colitigation@cooley.com
- **Holly Stein Sollod**
  hsteinsollod@hollandhart.com,showard@hollandhart.com,intaketeam@hollandhart.com
- **Jesus Manuel Vazquez , Jr**
  jvazquez@rothgerber.com

    s/ Michael J. Barry
    Michael J. Barry, Esquire
    *Attorneys for Plaintiffs*
    GRANT & EISENHOFER P.A.
    Chase Manhattan Centre
    1201 N. Market Street
    Wilmington, Delaware 19801
    Tel: (302) 622-7000
    Fax: (302) 622-7100
    mbarry@gelaw.com