**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-00238-REB-CBS

STICHTING PENSIOENFONDS, ABP,

    Plaintiff,

v.

LEWIS O. WILKS,
JACK B. GRUBMAN,
CITIGROUP GLOBAL CAPITAL MARKETING HOLDINGS, INC.,
CITIGROUP, INC. and
CITIGROUP GLOBAL MARKETS, INC.,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    This matter is before me on the **Notice of Final Dismissal of Action** [#240], filed by the plaintiff and defendant Qwest on December 20, 2006.  These parties indicate that their Stipulation of Voluntary Dismissal with Prejudice [#237], filed December 12, 2006, resolved all remaining claims against all remaining defendants in this case.  In an order [#238] entered on December 18, 2006, I approved the stipulation and dismissed the claims against each of the defendants named in the stipulation. Because all claims have been resolved against all defendants, this case should be dismissed.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Notice of Final Dismissal of Action** [#240], filed December 20,

2006, satisfies the requirement that the parties file a written report indicating the status of the remaining claims and defendants, as stated in my order [#238], filed December 18, 2006; and

    2.  That accordingly, this case is **DISMISSED**.

Dated December 26, 2006, at Denver, Colorado.

                                      **BY THE COURT:**

                                      **s/ Robert E. Blackburn**
                                      **Robert E. Blackburn**
                                      **United States District Judge**